*1394-14*

# ELECTRONIC RECORD

COA # 07-13-00352-CR     OFFENSE: 22.01

STYLE: Roderick Suiters v. The State of Texas     COUNTY: Falls

COA DISPOSITION:     AFFIRMED     TRIAL COURT: County Court

DATE: 09/10/2014     Publish: NO     TC CASE #: 12-09087

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Roderick Suiters v. The State of Texas     CCA #: *1394-14*

__APPELLANT'S__ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

__REFUSED__     JUDGE: _____

DATE: __01/14/2015__     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD